1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| DENNIS D. CORBRAY, | Case No. C06-5043RJB |
|---|---|
| Petitioner, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| SANDRA CARTER, | |
| Respondent. | |

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #1 and #4) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 7th day of March, 2006.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1