UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS D. CORBRAY,

    Petitioner,

    v.

SANDRA CARTER,

    Respondent.

Case No. C06-5043 RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the petition for writ of habeas corpus, respondent's answer, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, and the remaining record. Petitioner's objections are basically a rehash of his arguments made to the Magistrate Judge. He wants the court to accept his view of the proceedings below rather than accepting the rules of federal *habeas corpus* proceedings. This court found no error in the Report and Recommendation. Accordingly, it is now ORDERED:

(1)    The Court adopts the Report and Recommendation;

(2)    Petitioner's writ of habeas corpus (Dkt. # 7) is **DENIED**; and

(3)    The Clerk is directed to send copies of this Order to petitioner, counsel for respondent and to the Hon. Karen L. Strombom.

DATED this 20th day of October, 2006.

Robert J. Bryan
United States District Judge